PearsoN, C. J.
I concur in the opinion filed by Judge Battle, with the exception of that part in reference to the *371 $10,000, given by the codicil to John II. Boylan, in trust, for John S. Boylan. I am of opinion that, according to the rules of construction adopted by the Court, see Millsaps v. McLean, 9th Jones’ Rep. (this term,) wills must be construed by what a testator does and not what we suppose he intended to do. But, as Judge Battle is clear in his opinion, that the language, in the codicil, does not take effect, and as Judge Manly, who heard the argument, is of the same opinion, I do not insist on my opinion, so far as to dissent; particularly, as the matter will not be made a precedent; for, no other case of the kind, will, in all human probability, occur again, and I am satisfied the conclusion of Judge Battle and Judge Manly is more in accordance with the actual intention of the testator than that to which I have come, by a consideration of the will and codicil, and such evidence as the Court is allowed to hear.